# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SARAH MANCUSO,

                Plaintiff,

v.                                      Case No:   6:23-cv-1197-GAP-RMN

DISCOVER BANK and
TRANSUNION, LLC,

                Defendants

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal as to Transunion, LLC (Doc. 37), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed as to Defendant Transunion, LLC with prejudice, each party to bear its own fees and costs.   Any pending motions relating to Transunion, LLC are **DENIED** as moot.   The Clerk is directed to terminate Transunion, LLC.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 15, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties