# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SARAH MANCUSO,

        Plaintiff,

v.                                     Case No:   6:23-cv-1197-GAP-RMN

DISCOVER BANK, EQUIFAX
INFORMATION SERVICES,
LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., AND TRANSUNION LLC,

        Defendants

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement as to Defendant Discover Bank (Doc. 39)[1], it is

**ORDERED** that this case against Defendant Discover Bank is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions

---

[1] Defendant Equifax Information Services LLC was dismissed on October 3, 2023 (Doc. 26), Defendant Experian Information Solutions, Inc. was dismissed on November 8, 2023 (Doc. 34) and Defendant Transunion LLC was dismissed on November 15, 2023 (Doc. 38).

relating to this defendant are **DENIED** as moot.   The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on February 20th , 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties