# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SARAH MANCUSO,

        Plaintiff,

v.                                    Case No:   6:23-cv-1197-GAP-RMN

DISCOVER BANK, EQUIFAX
INFORMATION SERVICES,
LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC, and TRANSUION, LLC.

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal of Discover Bank (Doc. 41), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice as to Defendant Discover Bank, each party to bear its own fees and costs.   Any pending motions relating to Discover Bank are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 22, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties